**STATE of Missouri, Respondent,**

v.

**O'Dell FIELDS, Appellant.**

**No. WD34028.**

Missouri Court of Appeals,
Western District.

May 24, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 2, 1983.

Application to Transfer Denied Sept. 20, 1983.

**596**

William M. Barvick, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from two counts of offering violence to a guard, Section 216.460 RSMo 1978.

Judgment affirmed. Rule 30.25(b).